UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61400-CIV-DIMITROULEAS/SNOW

RUSSELL FULLER, on Behalf of Himself and
All Others Similarly Situated,

    Plaintiffs,

vs.

CHINA FIRE & SECURITY GROUP, INC.,
XIANGHUA LI, BRIAN LIN, GUOYOU ZHANG,
et al.,

    Defendants.

_____/



### MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Paula H. Anderson of the law firm of Shearman & Sterling LLP, with offices at 599 Lexington Avenue, New York, New York 10022, (212) 848-4000, for purposes of limited appearance as co-counsel on behalf of China Fire & Security Group, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Paula H. Anderson to receive electronic filings in this case, and in support thereof states as follows:

    1.    Paula H. Anderson is not admitted to practice in the Southern District of Florida and is a member in good standing of The New York Bar, the United States Court of Appeals for the Second Circuit, the United States District Court for the Southern District of New York, the United States District Court of the Eastern District of New York.

2. Movant, William K. Hill, Esq., of the law firm Bilzin Sumber Baena Price & Axelron, LLP, located at 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131, Telephone No.: (305) 374-7580, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Paula H. Anderson has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Paula H. Anderson, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Paula H. Anderson at email address: paula.anderson@shearman.com.

WHEREFORE, William K. Hill, moves this Court to enter an Order permitting Paula H. Anderson, to appear before this Court on behalf of China Fire & Security Group, Inc., for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Paula H. Anderson.

Date: July __, 2011

Respectfully submitted,

_____
William K. Hill, Esq.
Florida Bar No. 747180
whill@bilzin.com


**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
*Attorneys for Chine Fire & Security Group, Inc.*
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131-2336
Telephone: (305) 374-7580
Facsimile: (305) 374-7593

NYDOCS04/535039.1

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61400-CIV-DIMITROULEAS/SNOW

RUSSELL FULLER, on Behalf of Himself and
All Others Similarly Situated,

      Plaintiffs,

vs.

CHINA FIRE & SECURITY GROUP, INC.,
XIANGHUA LI, BRIAN LIN, GUOYOU ZHANG,
et al.,

      Defendants.
_____/

## CERTIFICATION OF PAULA H. ANDERSON

Paula H. Anderson, Esquire, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of The New York Bar, the United States Court of Appeals for the Second Circuit, the United States District Court for the Southern District of New York, the United States District Court of the Eastern District of New York.

Respectfully submitted,

*/s/ Paula H. Anderson*
Paula H. Anderson

**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by facsimile and U.S. mail on this 7th day of July, 2011, on all counsel or parties of record on the service list.

By: _____
William K. Hill, Esq.

BILZIN SUMBERG BAENA PRICE & AXELROD LLP
1450 Brickell Avenue, Suite 2300, Miami, FL 33131-3456

CASE NO. 11-61400-CIV-DIMITROULEAS/SNOW

## SERVICE LIST

Emily Cornelia Komlossy
**FARUQI & FARUQI LLP**
3595 Sheridan Street
Suite 206
Hollywood, Florida 33021
Telephone: (954) 239-0280
Facsimile: (954) 239-0281
ekomlossy@faruqilaw.com
*Attorney for Plaintiff*
*Russell Fuller*

Joseph Ianno, Jr.
**CARLTON FIELDS**
CityPlace Tower
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida  33401-6350
Tel: (561) 650-8008
*Attorneys for Defendants Amber Parent Limited,*
*Amber MergerCo, Inc., and  Bain Capital*
*Partners LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61400-CIV-DIMITROULEAS/SNOW

RUSSELL FULLER, on Behalf of Himself and
All Others Similarly Situated,

      Plaintiffs,

vs.

CHINA FIRE & SECURITY GROUP, INC.,
XIANGHUA LI, BRIAN LIN, GUOYOU ZHANG,
et al.,

      Defendants.

_____/

**ORDER GRANTING MOTION TO APPEAR
*PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Paula H. Anderson, Consent to Designation, and Request to Electronically Receive Notices of Electronically File (the "Motion"), pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Paula H. Anderson in the above-styled matter, and request to electronically receive notice of electronic filings pursuant to Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Paula H. Anderson, may appear and participate in the above-styled matter on behalf of China Fire & Security Group, Inc. The Clerk shall provide electronic notification of all electronic filings to Paula H. Anderson, at paula.anderson@shearman.com.

DONE AND ORDERED in Chambers at _____, Florida, this \_\_\_\_ day of _____.

_____
William P. Dimitrouleas
United States District Judge

Copies Furnished to:
All Counsel of Record