UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61400-CIV-DIMITROULEAS/SNOW

RUSSELL FULLER, on behalf of himself and )
all others similarly situated, )
                     Plaintiff, )
                vs. )
CHINA FIRE & SECURITY GROUP, INC., )
XIANGHUA LI, BRIAN LIN, GUOYOU )
ZHANG, ALBERT MCLELLAND, WEISHE )
ZHANG, WEIGANG LI, YINQING LI, )
AMBER PARENT LIMITED, AMBER )
MERGERCO, INC., and BAIN CAPITAL )
PARTNERS LLC, )
                     Defendants. )
)
)

**AFFIDAVIT OF JORGE D. GUTTMAN IN SUPPORT OF DEFENDANTS CHINA FIRE
& SECURITY GROUP, INC. AND ALBERT MCLELLAND'S MOTION
TO STAY PROCEEDINGS AND INCORPORATED
<u>MEMORANDUM OF LAW</u>**

BEFORE ME, the undersigned authority, personally appeared JORGE D. GUTTMAN, who is personally known to me and who, after being duly sworn, deposes and states as follows:

1. I am a member of the Bar of the State of Florida, admitted to practice in the United States District Court for the Southern District of Florida, and an associate of the law firm of Bilzin Sumberg Baena Price & Axelrod LLP, counsel for defendants China Fire & Security Group, Inc. ("China Fire" or the "Company"), and Albert McLelland (collectively, the "China Fire Defendants"). I submit this affidavit in support of Defendants' Motion to Stay Proceedings pending resolution of parallel actions in state court.

2. Attached as Exhibit 1 hereto is a true and correct copy of the Preliminary Proxy Statement filed by China Fire with the Securities and Exchange Commission on June 10, 2011, excluding the exhibits thereto.

CASE NO. 11-61400-CIV-DIMITROULEAS/SNOW

3. Attached as Exhibit 2 hereto is a true and correct copy of the Annual Financial Statement (10K) filed by China Fire with the Securities and Exchange Commission on March 16, 2011.

4. Attached hereto as Exhibit 3 is a true and correct copy of the press release issued by China Fire on March 7, 2011.

5. Attached hereto as Exhibit 4 is a true and correct copy of the complaint filed in the Circuit Court in and for Broward County, Florida on April 1, 2011, captioned *Brown v. China Fire & Security Group, Inc. et al.*, Case. No. 11-7745 09, along with a transmittal sheet from China Fire's registered agent for service of process reflecting service on April 5, 2011.

6. Attached hereto as Exhibit 5 is a true and correct copy of the complaint filed in the Circuit Court in and for Broward County, Florida on May 11, 2011, captioned *Thomasson v. China Fire & Security Group, Inc. et al.*, Case. No. 11-10923 07, along with a transmittal sheet from China Fire's registered agent for service of process reflecting service on May 12, 2011.

7. Attached hereto as Exhibit 6 is a true and correct copy of the press release issued by China Fire on May 20, 2011.

8. Attached hereto as Exhibit 7 is a true and correct copy of the complaint filed in the Circuit Court in and for Palm Beach County, Florida on May 27, 2011, captioned *Kashef. v. China Fire & Security Group, Inc.*, Case No. 50 2011CA 007884 and Plaintiff *Tessitore*'s subsequent withdrawal .

9. Attached hereto as Exhibit 8 is a true and correct copy of the complaint filed in the Circuit Court in and for Broward County, Florida on May 31, 2011, captioned *Ernst v. China Fire & Security Group, Inc. et al.*, Case. No. 11-12317 07.

CASE NO. 11-61400-CIV-DIMITROULEAS/SNOW

10. Attached hereto as Exhibit 9 is a true and correct copy of the complaint filed in the Circuit Court in and for Broward County, Florida on June 1, 2011, captioned *Roche v. Lin, et. al.*, Case No. 11-12471 07.

11. Attached hereto as Exhibit 10 is a true and correct copy of the complaint filed in the Circuit Court in and for Broward County, Florida on June 2, 2011, captioned *Tessitore v. Amber Mergerco Inc., et al.*, Case No. 11-12536 02.

12. Attached hereto as Exhibit 11 is a true and correct copy of the complaint filed in the Circuit Court in and for Broward County, Florida on June 8, 2011, captioned *Hersh v. Amber Mergerco Inc., et al.*, Case No. 11-13037 02 .

13. Attached hereto as Exhibit 12 is a true and correct copy of the amended *Ernst* complaint filed in the Circuit Court in and for Broward County, Florida on June 15, 2011.

14. Attached hereto as Exhibit 13 is a true and correct copy of the amended *Tessitore* complaint filed in the Circuit Court in and for Broward County, Florida on June 17, 2011.

15. Attached hereto as Exhibit 14 is a true and correct copy of the amended *Roche* complaint filed in the Circuit Court in and for Broward County, Florida on June 20, 2011.

16. Attached hereto as Exhibit 15 is a true and correct copy of the amended *Kashef* complaint filed in the Circuit Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida on June 23, 2011.

17. Attached hereto as Exhibit 16 is a true and correct copy of the Defendants China Fire & Security Group, Inc. and Albert McLelland's Motion and Incorporated Memorandum of Law to Transfer or, Alternatively, Stay Proceedings filed in the Circuit Court in and for Palm Beach County on June 23, 2011.

CASE NO. 11-61400-CIV-DIMITROULEAS/SNOW

18. Attached hereto as Exhibit 17 is a true and correct copy of Judge Streitfeld's July 11, 2011 Order granting Plaintiff Ernst's Motion for Consolidation, and Appointment of Lead Plaintiff and Lead Plaintiffs' Counsel in the Broward County litigation.

19. Attached hereto as Exhibit 18 is a true and correct copy of this court's Order Granting Defendants' Motion for Enlargement of Time, extending the Defendants' time to respond to the instant action to September 2, 2011.

20. Expedited discovery has commenced in the consolidated Broward County action. China Fire Defendants made an initial production of documents on July 12, 2011. The court has scheduled a preliminary injunction hearing for September 6, 2011.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JORGE D. GUTTMAN
Florida Bar No. 015319

STATE OF FLORIDA        )
                        ) ss:
COUNTY OF MIAMI-DADE    )

BEFORE ME, the undersigned authority, appeared Jorge D. Guttman, who is <u>personally known to me</u> or who produced _____ as identification, who, being first duly sworn, deposes and states that he/she has read the foregoing and the facts therein contained are true and correct.

SWORN TO AND SUBSCRIBED before me this 15 day of July, 2011.

_____
Notary Public, State of Florida

Printed Name: _____
My Commission Expires: _____

MAYRA CORDOVA
MY COMMISSION # DD 805826
EXPIRES: August 28, 2012
Bonded Thru Pichard Insurance Agency