UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RUSSELL FULLER, on behalf of himself and all others similarly situated,<br>　　　　　　　　Plaintiff,<br>vs.<br>CHINA FIRE & SECURITY GROUP, INC., XIANGHUA LI, BRIAN LIN, GUOYOU ZHANG, ALBERT MCLELLAND, WEISHE ZHANG, WEIGANG LI, YINQING LI, AMBER PARENT LIMITED, AMBER MERGERCO, INC., and BAIN CAPITAL PARTNERS LLC,<br>　　　　　　　　Defendants. | CASE NO. 11-61400-CIV-DIMITROULEAS |

**NOTICE OF UNAVAILABILITY**

NOTICE IS HEREBY GIVEN to all parties concerned that the undersigned counsel will be unavailable from July 28, 2011 through and including August 8, 2011.  It is requested that no hearings or depositions be scheduled during this time; no motions, requests to produce, interrogatories or other pleadings be filed which require a timely response; and that all pending matters remain in status quo, during this period of time.

Dated:  July 22, 2010

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By:___/s/ Emily C. Komlossy_____
　　　　　　　　　　　　　　　　　　　　　　　Emily C. Komlossy
　　　　　　　　　　　　　　　　　　　　　　　Fla. State Bar ID No.: 7714
　　　　　　　　　　　　　　　　　　　　　FARUQI & FARUQI, LLP
　　　　　　　　　　　　　　　　　　　　　3595 Sheridan St., Suite 206
　　　　　　　　　　　　　　　　　　　　　Hollywood, Florida 33021
　　　　　　　　　　　　　　　　　　　　　Tel: 954-239-0280
　　　　　　　　　　　　　　　　　　　　　Fax: 954-239-0281
　　　　　　　　　　　　　　　　　　　　　ekomlossy@faruqilaw.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 22, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filings.

By: _____/s/ Emily C. Komlossy_____

Case No.: 11-61400-CIV-DIMITROULEAS

SERVICE LIST

William K. Hill
whill@bilzin.com
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131-3456
Tel: (305) 350-7202
Service via: CM/ECF
*Attorneys for Defendant China Fire*
*& Security Group, Inc. and*
*Albert McClelland*

Joseph Ianno, Jr.
jianno@carltonfields.com
CARLTON FIELDS
CityPlace Tower
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida  33401-6350
Tel: (561) 650-8008
Service via: CM/ECF
*Attorneys for Defendants Amber Parent Limited,*
*Amber MergerCo, Inc., and  Bain Capital*
*Partners LLC*