UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61400-CIV-DIMITROULEAS

RUSSELL FULLER, on behalf of himself and all
others similarly situated,

                Plaintiffs,

     v.

CHINA FIRE & SECURITY GROUP, INC.,
XIANGHUA LI, BRIAN LIN, GUOYOU
ZHANG, et al.,

                Defendants.

_____/

**PLAINTIFF TESSITORE'S RESPONSE TO DEFENDANTS' UNOPPOSED
MOTION FOR EXTENSION OR MODIFICATION OF TIME DEADLINES**

Plaintiff James P. Tessitore ("Plaintiff"), by his undersigned attorneys, hereby responds to the unopposed motion of defendants China Fire Security Group, Inc. Albert McClelland, Amber Parent Limited, Amber Mergerco, Inc. and Bain Capital Partners, LLC (collectively "Defendants") for an extension of time deadlines set forth in this Court's Order Granting Agreed Motion for Extension of Time, dated July 26, 2011 (Docket Entry ("D.E.") 35), as follows:

1.     Plaintiff Tessitore filed his complaint in *Tessitore v. China Fire & Security Group, Inc., et al.*, Case No. 11-cv-61580 ("*Tessitore*") on July 25, 2011. That complaint, alleges, *inter alia*, violations of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §§ 78n(a), 78t(a), and SEC Rule 14a-9, 17 C.F.R. § 240.14a-9, promulgated under Section 14(a), by China Fire & Security

Group, Inc. and certain of its directors. Because that action asserts class action claims under the Exchange Act, it is subject to the lead plaintiff provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4 (the "PSLRA").

2. On July 27, 2011, Plaintiff Tessitore published notice pursuant to the PSLRA, announcing that anyone who wished to serve as lead plaintiff in the action had 60 days from that date of the notice in which to file such application with the Court.[1] A true and correct copy of that notice is annexed hereto as Ex. A.

3. On August 1, 2011, Defendants moved to consolidate this action with *Tessitore*, and on August 2, 2011, this Court granted the Motion to Consolidate and held that the two cases "are hereby consolidated into one action (hereinafter, the "Consolidated Action") for all purposes, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure." *See* Aug. 2, 2011 Order (D.E. 22).

4. Because the consolidated action includes class action claims asserted under the Exchange Act, and therefore subject to the PSLRA, Plaintiff Tessitore believes that the decision whether to designate either the complaint in *Tessitore* or the initial complaint filed in this action as the operative complaint, or to file an amended consolidated complaint with the Court, rests with whomever the Court ultimately appoints as lead plaintiff.

5. Therefore, Plaintiff Tessitore respectfully submits that it is appropriate to extend the deadlines as requested by Defendants until such time as the Court appoints a

---

[1] Sixty days from July 27, 2011 is September 25, 2011. Because that day is a Sunday, however, lead plaintiff applications must be filed by Monday, September 26, 2011.

lead plaintiff.  Accordingly, Plaintiff Tessitore does not oppose Defendants' motion.

DATED:  August 17, 2011

                                                     Respectfully Submitted,

                                                     /s/ Stewart M. Cooke
                                                     Stewart Marcos Cooke, Esq.
                                                     Fla.  Bar. No. 321450
                                                     Email: scooke@cookelaw.net
                                                     Cooke Law | P.A.
                                                     255 University Drive
                                                     Coral Gables, FL 33134
                                                     Tel.: (305) 741-6741
                                                     Fax:  (305) 489-7968

                                                     *Attorneys for Plaintiff James Tessitore*

OF COUNSEL:

**RIGRODSKY & LONG, P.A.**
Timothy J. MacFall
Scott J. Farrell
585 Stewart Avenue, Suite 304
Garden City, NY  11530
Tel.: (516) 683-3516
Fax: (302) 654-7530

**Certificate of Service**

I hereby certify that on August 17, 2011, I electronically filed the foregoing with exhibits, with the Clerk of the Court by using the CM/ECF system. If further certify that the foregoing document is being served on this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY:/s/ Stewart M. Cooke

**SERVICE LIST**

Stephen D. Hibbard, shibbard@shearman.com,
**SHERMAN & STERLING LLP**
525 Market St., San Francisco, CA 94105


Paula Anderson, paula.anderson@shearman.com
**SHERMAN & STERLING LLP**
599 Lexington Avenue, New York, NY 10022


William K. Hill, whill@bilzin.com
Jorge D. Guttman, jguttman@bilzin.com
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., 23rd FL, Miami, FL 33131

*Counsel for Defendants China Fire & Security Group, Inc.*

Dana E. Hill, dana.hill@kirkland.com
**KIRKLAND & ELLIS LLP**
 655 Fifteenth St., N.W., Washington, DC 2005

Joseph Ianno, Jr., jianno@carltonfields.com
**CARLTON FIELDS**
CityPlace Tower,
525 Okeechobee Blvd., Suite 1200
West Palm Beach, FL 33402-0150

*Counsel for Defendants Amber Parent Limited, Mergerco, Inc. and Bain Capital LLC*

Emily Cornelia Komlossy, Ekomlossy@faruqilaw.com
**FARUQI & FARUQI LLP**
3595 Sheridan Street
Suite 206
Hollywood, Florida    33021

*Counsel for Plaintiff Russell Fuller*

5