## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RUSSELL FULLER, on behalf of himself and all others similarly situated,           Plaintiff, <br>        vs. <br> CHINA FIRE & SECURITY GROUP, INC., XIANGHUA LI, BRIAN LIN, GUOYOU ZHANG, ALBERT MCLELLAND, WEISHE ZHANG, WEIGANG LI, YINQING LI, AMBER PARENT LIMITED, AMBER MERGERCO, INC., and BAIN CAPITAL PARTNERS LLC, <br>           Defendants. | CASE NO. 11-61400-CIV-DIMITROULEAS/SNOW |

## PLAINTIFF FULLER'S RESPONSE TO THE COURT'S AUGUST 11, 2011 ORDER

Plaintiff Russell Fuller ("Plaintiff") respectfully submits this response to the Court's Order dated August 11, 2011 ("Order").

Plaintiff filed his action on June 22, 2011 alleging individual claims against defendants pursuant to Section 14(a) and 20(a) of the federal securities laws, and class claims for state breach of fiduciary claims in connection with the acquisition of China Fire & Security Group, Inc. ("China Fire") by private equity group Bain Capital Partners LLC pursuant to a materially false and misleading  preliminary proxy statement Schedule 14A (the "Proxy") filed with the Securities and Exchange Commission ("SEC") on  June 10, 2011.[1]  Given that the federal claims were non-class claims, Plaintiff did not issue notice under the Private Securities Law Reform Act of 1995, as amended ("PSLRA").  15 U.S.C § 78u-4(a)(3)(A)(i).

Subsequently, on July 15, 2011, James P. Tessitore ("Tessitore") filed a related action, brought on a class-wide basis, after twice abandoning claims he earlier brought in the Florida

---

[1]   On August 12, 2011, the definitive proxy statement was filed with the SEC setting a shareholder vote on the transaction for September 22, 2011.

state courts.  In compliance with the mandate of the PSLRA, on July 27, 2011, Tessitore issued

notice of the filing of his federal class action, which establishes a date of September 25, 2011 for

any movant to file a motion to act as lead plaintiff in this litigation.  15 U.S.C § 78u-4(a)(3)(A)(i)

The PSLRA provides for a rebuttable presumption that the investor with the greatest interest in

the litigation is the most adequate to be appointed as lead plaintiff. 15 U.S.C § 78u-4(a)(3)(B)(i)

In this regard, the Court is instructed to preliminarily address the Fed. R. Civ. P. 23 criteria to

determine the most adequate lead plaintiff.  *See  Miller v. Dyadic Int'l, Inc*., 2008 U.S. Dist.

LEXIS 3227, Case No. 07-80948-DIMITROULEAS, at *18 (S.D. Fla. Apr. 18, 2008) (under the

PSLRA, the most adequate plaintiff must also satisfy Rule 23, but "only two - typicality and

adequacy - are relevant in deciding a motion for appointment of lead plaintiff").  Plaintiff

respectfully suggests that issues of adequacy and typicality will be raised by any movant with

respect to Tessitore, who has twice abandoned his claims prior to filing in this Court.   These

issues may result in a lengthy and protracted briefing schedule which will delay proceedings in

Plaintiff's action, which can proceed on a normal track of litigation as it is not subject to the lead

plaintiff provisions of the PSLRA.

Moreover, although both actions allege that the Proxy issued in connection with the

merger between China Fire & Security Group, Inc. and Bain Capital Partners, LLC is misleading

and incomplete, the issues raised by the respective parties differs in many respects.  *Compare,*

Fuller Complaint ¶ 54 with Tessitore Complaint, ¶¶ 62 -72.

Accordingly, given these issues, counsel for Plaintiff and Tessitore have been unable to agree on strategy in this litigation to date, including whether a consolidated complaint should be filed.

Dated:  August 17, 2011                          Respectfully submitted,


By:  _/s/ Emily C. Komlossy_____
            Emily C. Komlossy
            Fla. State Bar ID No.: 7714
      FARUQI & FARUQI, LLP
      3595 Sheridan St., Suite 206
      Hollywood, Florida 33021
      Tel: (954)239-0280
      Fax: (954)239-0281
      Email: ekomlossy@faruqilaw.com

      Juan Monteverde
      FARUQI & FARUQI, LLP
      369 Lexington Avenue, 10th Floor
      New York, NY 10017
      Tel: (212) 983-9330
      Fax: (212) 983-9331

      *Attorneys for Plaintiff Russell Fuller*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 17, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filings.

By:   _____ */s/ Emily C. Komlossy*____

**Case No.: 11-61400-CIV-DIMITROULEAS**

**SERVICE LIST**

Stephen D. Hibbard
shibbard@shearman.com
Shearman & Sterling, LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111
Tel: (415) 616-1100
Fax: (415) 616-1199

Paula Anderson
paula.anderson@shearman.com
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022
Tel: (212) 848-4000
Fax: (212) 848-7179

William K. Hill
whill@bilzin.com
Jorge D. Guttman
jguttman@bilzin.com
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131-3456
Tel: (305) 350-7202
Service via: CM/ECF
*Attorneys for Defendant China Fire & Security Group, Inc. and Albert McClelland*

Dana E. Hill
dana.hill@kirkland.com
Kirkland & Ellis, LLP
655 Fifteenth Street, N.W.
Washington, DC 2

Joseph Ianno, Jr.
jianno@carltonfields.com
Carlton Fields
CityPlace Tower
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida  33401-6350
Tel: (561) 650-8008
Service via: CM/ECF

*Attorneys for Defendants Amber Parent Limited, Amber MergerCo, Inc., and  Bain Capital Partners LLC*

**Timothy J. MacFall**
**tjm@rigrodskylong.com**
**Scott J. Farrell**
**sjf@rigrodskylong.com**
**Rigrodsky & Long, P.A.**
**585 Stewart Avenue, Suite 304**
**Garden City, NY 11530**
**Tel: (516) 683-3516**
**Fax: (302) 654-7530**

**Stewart M. Cooke**
**scooke@cookelaw.net**
**Cooke Law, P.A.**
**255 University Drive**
**Coral Gables, FL 33134**
**Tel: (305) 741-6741**
**Fax: (305) 489-7968**