UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| RUSSELL FULLER, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiffs, <br> vs. <br> CHINA FIRE & SECURITY GROUP, INC., XIANGHUA LI, BRIAN LIN, GUOYOU ZHANG, et al., <br><br> Defendants. | CASE NO. 11-61400-CIV (WPD) |

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs, James P. Tessitore and Russell Fuller, pursuant to Federal Rule of Civil Procedure 65(a), hereby move this Court for an Order preliminarily enjoining any shareholder vote regarding the proposed acquisition of China Fire & Security Group, Inc. by Amber Parent Limited, an affiliate of funds managed by Bain Capital Partners, LLC, and Amber Mergerco, Inc., a wholly-owned subsidiary of Amber Parent Limited, until such time as more complete and informative disclosures are made to Plaintiff and other similarly situated shareholders of China Fire.

As demonstrated in their supporting Memorandum of Law, Plaintiffs have satisfied the legal requirements for injunctive relief.

DATED: September 2, 2011

Respectfully Submitted,

By: */s/ Stewart Marcos Cooke*  
Stewart Marcos Cooke, Esq.  
Fla. Bar. No. 321450  
Email: scooke@cookelaw.net  
Cooke Law | P.A.  
255 University Drive  
Coral Gables, FL 33134  
Tel.: (305) 741-6741  
Fax: (305) 489-7968  

OF COUNSEL:

**RIGRODSKY & LONG, P.A.**  
Timothy J. MacFall  
Scott J. Farrell  
585 Stewart Avenue, Suite 304  
Garden City, NY 11530  
Tel.: (516) 683-3516  
Fax: (302) 654-7530  

*Attorneys for Plaintiff James P. Tessitore*

By: */s/ Emily C. Komlossy*  
Emily C. Komlossy  
Fla. Bar No. 7714  
Email: ekomlossy@faruqilaw.com  
**FARUQI & FARUQI, LLP**  
3595 Sheridan Street  
Suite 206  
Hollywood, FL 33021  
Tel: (954) 239-0280  
Fax: (954) 239-0281  

OF COUNSEL:

**FARUQI & FARUQI, LLP**  
Juan E. Monteverde  
369 Lexington Avenue  
10th Floor  
New York, NY 10017  
Tel: (212) 983-9330  
Fax: (212) 983-9331  

*Attorneys for Plaintiff Russell Fuller*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of September, 2011, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

*/s/ Stewart Marcos Cooke*
Stewart Marcos Cooke

## SERVICE LIST

Stephen D. Hibbard, shibbard@shearman.com,
**SHERMAN & STERLING LLP**
525 Market St., San Francisco, CA 94105


Paula Anderson, paula.anderson@shearman.com
**SHERMAN & STERLING LLP**
599 Lexington Avenue, New York, NY 10022


William K. Hill, whill@bilzin.com
Jorge D. Guttman, jguttman@bilzin.com
**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Ave., 23rd FL, Miami, FL 33131

*Counsel for Defendants China Fire & Security Group, Inc.*

Dana E. Hill, dana.hill@kirkland.com
**KIRKLAND & ELLIS LLP**
655 Fifteenth St., N.W., Washington, DC 2005

Joseph Ianno, Jr., jianno@carltonfields.com
**CARLTON FIELDS**
CityPlace Tower,
525 Okeechobee Blvd., Suite 1200
West Palm Beach, FL 33402-0150

*Counsel for Defendants Amber Parent Limited, Mergerco, Inc. and Bain Capital LLC*

Emily Cornelia Komlossy, Ekomlossy@faruqilaw.com
**FARUQI & FARUQI LLP**
3595 Sheridan Street
Suite 206
Hollywood, Florida   33021

*Counsel for Plaintiff Russell Fuller*