UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUSSELL FULLER, On Behalf of Himself and )
All Others Similarly Situated, )
)
)
Plaintiffs, ) CASE NO. 11-61400-CIV (WPD)
vs. )
CHINA FIRE & SECURITY GROUP, INC., )
XIANGHUA LI, BRIAN LIN, GUOYOU )
ZHANG, et al., )
)
Defendants. )

## NOTICE OF SETTLEMENT

Defendants China Fire & Security Group, Inc. ("China Fire"), Albert McLelland, Amber Parent Limited, Bain Capital Partners, LLC, and Amber Mergerco, Inc. (collectively, "Defendants") by and through their undersigned counsel, hereby give notice that on September 2, 2011, Defendants and Lead Plaintiff for the proposed class of shareholders of China Fire concluded a Stipulation of Settlement in the related consolidated class action captioned *In re China Fire & Security Group, Inc. Shareholder Litigation*, Case No. 11-7745 (07) pending before Judge Streitfeld in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida. A hearing regarding preliminary approval of the settlement was set for today, September 6, 2011 at 9:30 a.m., but was continued to 9:00 a.m. on September 9, 2011 to allow Judge Streitfeld adequate time in advance of the hearing to review the settlement papers, which were finalized late in the day on Friday, September 2, 2011 but not filed until the court opened this morning. We will apprise the Court of the outcome of the September 9, 2011 hearing after it has occurred.

Respectfully submitted,

By: /s/ William Hill
William K. Hill, P.A.
Florida Bar No. 747180
E-mail: whill@bilzin.com
Jorge D. Guttman
Florida Bar No. 015319
E-mail: jguttman@bilzin.com
BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131-2336
Telephone: 305/374-7580
305/374-7593 (fax)

Of Counsel:
Stephen D. Hibbard
Shearman & Sterling LLP
Four Embarcadero
Suite 3800
San Francisco, California 94111-5994
Telephone: (415) 616-1174
415/616-1199 (fax)

Paula H. Anderson
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-7727
646/848-7727 (fax)

*Counsel for China Fire & Security Group Inc. and Albert McLelland*

By: /s/ Craig Primis
Craig S. Primis, P.C.
Dana E. Hill
Kirkland & Ellis LLP
665 15th Street, N.W.
Washington, D.C. 20005
Telephone: 202/879-5974
202/654-9635 (fax)

Joseph Ianno, Jr. (FBN 655351)
CARLTON FIELDS
Florida Bar. No. 655351
E-mail: jianno@carltonfields.com
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401-6350
Phone: (561) 650-8008
Facsimile: (561) 6559-7638

*Counsel for Amber Parent Limited, Bain Capital Partners, LLC, and Amber Mergerco, Inc.*

CASE NO. 11-61400-CIV (WPD)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 6, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Jorge Guttman*
Jorge D. Guttman

## SERVICE LIST

**FARMER, JAFFE, WEISSING, et al.**
*Counsel for Plaintiff James P. Tessitore*
Steven R. Jaffe, Esq. (FBN 390770)
Mark S. Fistos, Esq. (FBN 909191)
425 N. Andrews Ave., Suite 2
Fort Lauderdale, Florida 33301
Tel: (954) 524-2820
Fax: (954) 524-2822
Email: steve@pathtojustice.com
           mark@pathtojustice.com

**RIGRODSKY & LONG, P.A.**
*Of Counsel for Plaintiff James P. Tessitore*
Timothy J. MacFall
Scott J. Farrell
585 Stewart Avenue, Suite 304
Garden City, NY 11530
Tel.: (516) 683-3516
Fax: (302) 654-7530
Email: tjm@rigrodskylong.com

**RIGRODSKY & LONG, P.A.**
*Of Counsel for Plaintiff James P. Tessitore*
Seth D. Rigrodsky
Brian D. Long
Gina M. Serra
919 N. Market Street, Suite 980
Wilmington, DE 19801
Tel.: (302) 295-5310
Fax: (302) 654-7530

**FARUQI & FARUQI, LLP**
*Counsel for Plaintiff Russell Fuller*
Emily C. Komlossy, Esq.
3595 Sheridan Street
Suite 206
Hollywood, FL 33021
Tel: (954) 239-0280
Fax: (954) 239-0281
Email: ekomlossy@faruqilaw.com

**FARUQI & FARUQI, LLP**
Juan E. Monteverde, Esq.
*Counsel for Plaintiff Russell Fuller*
369 Lexington Avenue
10th Floor
New York, NY 10017
Tel: (212) 983-9330
Fax: (212) 983-9331
Email: jmonteverde@faruqilaw.com