UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61400-CIV-DIMITROULEAS

RUSSELL FULLER, on behalf of himself and )
all others similarly situated, )
                             Plaintiff, )
                                vs. )
CHINA FIRE & SECURITY GROUP, INC., )
XIANGHUA LI, BRIAN LIN, GUOYOU )
ZHANG, ALBERT MCLELLAND, WEISHE )
ZHANG, WEIGANG LI, YINQING LI, )
AMBER PARENT LIMITED, AMBER )
MERGERCO, INC., and BAIN CAPITAL )
PARTNERS LLC, )
                            Defendants. )
)
)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1), Plaintiff Russell Fuller hereby voluntarily dismisses without prejudice the above-entitled action.

No opposing party has served an answer or a motion for summary judgment in the present case. No opposing party has filed a counterclaim, nor any motion adverse to Plaintiff's interests.

Plaintiff has not previously dismissed any federal or state court action based on or including the same claims asserted in this action.

Dated: September 9, 2011

                                                  Respectfully submitted,

                                                  */s/ Emily C. Komlossy*
                                                  Emily C. Komlossy
                                                  Fla. State Bar ID No.: 7714
                                                  FARUQI & FARUQI, LLP
                                                  3595 Sheridan St., Suite 206
                                                  Hollywood, Florida 33021

Tel: 954-239-0280  
Fax: 954-239-0281  
ekomlossy@faruqilaw.com  
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 9, 2011, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system. I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filings.

By: _____*/s/ Emily C. Komlossy*_____

Case No.: 11-61400-CIV-DIMITROULEAS

## SERVICE LIST

William K. Hill
whill@bilzin.com
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131-3456
Tel: (305) 350-7202
Service via: CM/ECF
*Attorneys for Defendant China Fire*
*& Security Group, Inc. and*
*Albert McClelland*

Joseph Ianno, Jr.
jianno@carltonfields.com
CARLTON FIELDS
CityPlace Tower
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida  33401-6350
Tel: (561) 650-8008
Service via: CM/ECF
*Attorneys for Defendants Amber Parent Limited,*
*Amber MergerCo, Inc., and  Bain Capital*
*Partners LLC*

Timothy J. MacFall
tjf@rigrodskylong.com
Scott J. Farrell
sjf@ rigrodskylong.com
RIGRODSKY & LONG, P.A.
585 Stewart Avenue, Suite 304
Garden City, NY 11530
Tel: (516) 683-3516
Service Via: CM/ECF

Stewart M. Cooke
scooke@cookelaw.net
COOK LAW, P.A.
255 University Drive
Coral Gables, FL 33134
Tel: (305) 741-6741
Service Via: CM/ECF
*Attorneys for Plaintiff James P. Tessitore*
*And the Class*